FILED
CLERK, U.S. DISTRICT COURT

2/15/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CDO\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>CONNOR WILLIAM TYNE,<br>  aka "Conner William Tyne,"<br><br>          Defendant. | CR No. 2:24-cr-00104-JVS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about January 30, 2024, in Los Angeles County, within the Central District of California, defendant CONNOR WILLIAM TYNE, also known as "Conner William Tyne," knowingly possessed a firearm, namely, a Taurus, model PT 24/7 CA, 9mm caliber semi-automatic pistol, bearing serial number TBV48769, and ammunition, namely, nine rounds of Blazer 9mm caliber ammunition, each in and affecting interstate and foreign commerce.

//

Defendant TYNE possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Attempted Robbery, in violation of California Penal Code Sections 211 and 664, in the Superior Court of the State of California, County of Los Angeles, case number SA079941, on or about July 6, 2012;

2. Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Los Angeles, case number SA081572, on or about August 24, 2012;

3. Domestic Violence with Injury, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of Los Angeles, case number SA089992, on or about July 8, 2015;

4. Inducing a Minor to Violate Controlled Substance Statute, in violation of California Health & Safety Code Section 11353, in the Superior Court of the State of California, County of Los Angeles, case number SA089992, on or about July 8, 2015; and

5. Assault on Person with Semiautomatic Firearm, in violation of California Penal Code Section 245(b), in the Superior Court of the State of California, County of Los Angeles, case number SA103659, on or about April 27, 2021.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

DANIEL H. WEINER
Assistant United States Attorney
General Crimes Section